# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                        **CASE NO. 4:19-CR-00599-BSM**

**BRALON FRAZIER**                                             **DEFENDANT**
*Reg #33083-009*

## ORDER

Bralon Frazier's *pro se* motion for compassionate release [Doc. No. 60] is denied

because there are not extraordinary and compelling circumstances to warrant early release.

*See* 18 U.S.C. § 3582(c)(1)(A).

Frazier is serving sixty months of imprisonment for being a felon in possession of a

firearm. Doc. No. 58. He is seeking compassionate release based on a change in the law but

does not clearly explain the change. It appears, however, that he is relying on Amendment

821 to the sentencing guidelines which changed the number of points allotted for criminal

history when the instant offense was committed while the defendant was serving a prior

sentence.

Frazier's motion is denied for several reasons. First, he did not receive additional

points for committing the instant offense while serving a prior sentence. PSR ¶ 37. Second,

even if Frazier had received additional points, it did not impact his criminal history category

or his guideline's range for imprisonment. *Id.* Third, compassionate release is not warranted

because Frazier's criminal history indicates he is a danger to the community. PSR ¶¶ 25–45.

Fourth, the section 3553(a) factors were considered at sentencing and nothing in the record

supports a reduction.  *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at

*3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has

not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 14th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE